UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL GEBRESELASSIE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY BALDWIN and KING COUNTY,<br><br>    Defendants. | Case No. 10-cv-701-JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation. (Dkt. No. 32.)

(2)   Defendants' motion for summary judgment is GRANTED. (Dkt. No. 17.)

(3)   Plaintiff's motion for summary judgment is DENIED (Dkt. No. 28), and this action is DISMISSED with prejudice.

ORDER OF DISMISSAL
PAGE - 1

(4)  The Clerk is directed to send copies of this Order to the plaintiff, counsel for the defendants, and to the Honorable James P. Donohue.

DATED this 27th day of May 2011.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL
PAGE - 2